Case 1:07-cr-10394-GAO   Document 160   Filed 07/17/19   Page 1 of 2



# Memorandum

To: Honorable George A. O'Toole, Senior U.S. District Judge

From: Christopher P. Moriarty, Supervising U.S. Probation Officer

CC: Theodore B. Heinrich, AUSA; David Duncan, Counsel for Defendant

Date: July 17, 2019

Re: WARK, Richard – 07-cr-10394-GAO-3 – Memorandum to Withdraw Petition

---

On 10/28/18, Mr. Wark appeared before the Court having previously plead guilty to two counts of Bank Robbery, in violation of 18 U.S.C. § 2113(a). At that time, Mr. Wark was sentenced to 151 months of custody followed by three (3) years of supervised release. Mr. Wark commenced his term of supervised release on 6/25/19.

On 7/3/19, U.S. Probation filed a Petition for a Warrant outlining alleged violations including his failure to report to the probation office within 72 hours of release from custody, and a special condition that he reside at the Residential Reentry Center (RRC) for up to six (6) months, or until he can secure appropriate housing, as determined by the U.S. Probation Office. At the time of the filing, Mr. Wark's whereabouts were unknown.

On 7/8/19, Mr. Wark contacted the U.S. Probation Office by telephone. He was directed to report the following day. Mr. Wark reported as directed on 7/9/19 at which time U.S. Marshals placed him under arrests. Mr. Wark made his Initial Appearance that afternoon before the Honorable Marianne B. Bowler, U.S. Magistrate Judge. At that time, he was ordered held pending a further Detention Hearing, scheduled for 7/15/19.

On 7/10/19, Mr. Wark proposed a residence for U.S. Probation to investigate prior to his Detention Hearing. On 7/10/19, U.S. Probation conducted a home assessment at that residence and deemed it to be suitable. On 7/15/19, Mr. Wark appeared before U.S. Magistrate Judge Bowler for his Detention Hearing and was ordered released to that residence on his previously imposed conditions of supervised release.

Considering Mr. Wark now has a stable residence and that all the alleged noncompliant conduct centered around leaving the RRC without authorization, the U.S. Probation Office would respectfully request that the pending petition be allowed to be withdrawn without prejudice. Should there be new developments with respect to Mr. Wark's housing, or any other noncompliant conduct, U.S. Probation will notify the Court accordingly.

1

If Your Honor approves of the U.S. Probation Office's request to withdraw the petition without prejudice, please indicate in the appropriate space below.

**Reviewed & Approved:**
/s/Brett L. Wingard
Brett L. Wingard
Supervising U.S. Probation Officer

## THE COURT ORDERS

[X]  The petition is withdrawn without prejudice.

[ ]  Other:_____
_____
_____

_____
The Honorable George A. O'Toole
Senior United States District Judge

Date: 9/24/19